UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DAKOTA BARTON individually and as parent and natural guardian of his minor children,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CRAWFORDSVILLE, INDIANA, et al.,<br><br>Defendants. | ) | No. 1:26-cv-01879-JRO-TAB |

**ORDER ON PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER**

Plaintiff Dakota Barton requests that the Court enter an "emergency" protective order for what Plaintiff calls "bad-faith physical intimidation and ongoing witness harassment executed directly against Plaintiff's household by agents of the Defendant City of Crawfordsville Police Department[.]" [Filing No. 43, at ECF p. 1.] Plaintiff seeks a protective order directing the City, its police department, and all named individual Defendant officers to be "strictly prohibited from conducting surveillance, executing unannounced property inspections, or staging law enforcement vehicles within sight of Plaintiff's residence absent an emergency life-safety crisis or a verified citizen complaint file explicitly approved by a neutral magistrate." [Filing No. 43, at ECF p. 2-3.] Defendants argue that Plaintiff is not in need of emergency protection by this Court from any police officer or the City of Crawfordsville, who were simply performing their jobs on the dates at issue and were not in the area of Plaintiff's residence for any reason relating to Plaintiff or his children, and did not interact with them. [Filing No. 47, at ECF p. 2.] Defendants' counsel further verifies that appropriate incident reports were generated and body

camera footage retained regarding the incident at issue, because this was an official police action unrelated to Plaintiff.

The parties provide the Court with competing views on the underlying incident near Plaintiff's property that prompted Plaintiff to file his motion. However, the Court declines Plaintiff's request to issue a sweeping protective order. Plaintiff's request is much too overbroad, and the extraordinary relief requested is not justified by the record. Moreover, Plaintiff invokes no legal authority in support of his request. To the extent that Plaintiff requests production of body camera footage, call logs, and incident reports, Plaintiff can serve discovery requests on Defendants. However, Plaintiff's request for a protective order [Filing No. 43] is denied.

Date: 10/28/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

DAKOTA BARTON
306 Porter St.
Crawfordsville, IN 47933